BEFORE THE SECOND DIVISION, APRIL 9, 1940

**No. 43446.**—Protests 125967–G, etc., of John Wanamaker (New York).

Opinion by TILSON, J. On the agreed facts embroidered articles similar to those involved in *Glemby's* v. *United States* (13 Ct. Cust. Appls. 533, T. D. 41397) and Normandy lace like that passed upon in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) were held dutiable at 75 percent ad valorem under paragraph 1430, Tariff Act of 1922; artificial flowers the same as the merchandise involved in *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473) were held dutiable at 60 percent under paragraph 1419; and silk wearing apparel like that the subject of Abstract 29972 was held dutiable at 60 percent under paragraph 1210.

BEFORE THE THIRD DIVISION, APRIL 9, 1940

**No. 43447.**—Protest 988432–G of Mrs. M. R. Delaney (Minneapolis).

Opinion by KEEFE, J. As there was no evidence to establish that the fur coat in question was purchased as an incident of the trip, or that it was not bought on commission or intended for sale, the protest was overruled. *Saurette* v. *United States* (1 Cust. Ct. 38, C. D. 10), *Levin* v. *United States* (decided March 26, 1940, C. D. 307), *Fenton* v. *United States* (T. D. 42199), *Blewett* v. *United States* (T. D. 41871), and *Connell* v. *United States* (T. D. 48007) cited.

**No. 43448.**—Protests 19536–K, etc., of Kwong Yuen Shing et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise is the same as that passed upon in Abstract 40933. It was therefore held free of duty as joss stick or joss light under paragraph 1703.

**No. 43449.**—Protest 16718–K of Tuck High & Co. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise is the same as that passed upon in Abstract 40933. It was therefore held free of duty as joss stick or joss light under paragraph 1703.

**No. 43450.**—Protest 16779–K of Werner G. Smith Co. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

**No. 43451.**—Protest 16857–K of Wm. Shaland (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.